UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| IN RE COMPACT DISC MINIMUM ] | |
| ADVERTISED PRICE ] | MDL DOCKET NO. 1361 |
| ANTITRUST LITIGATION ] | (This Document Applies To All Actions Except |
| ] | *Trowbridge, et al. v. Sony Music Entertainment Inc.,* |
| ] | *et al.,* Docket No. 2:01-CV-125-P-H) |

### ORDER SETTING DEADLINE FOR FINAL STATUS REPORT

I have reviewed the States and Private Plaintiffs' responses to my Order of July 17, 2008. (Docket Items 443 and 444) According to their submissions, four states' cy pres distributions remain unconfirmed at this time: Illinois, Utah, North Carolina, and Northern Mariana Islands. The other seventeen states identified in the July 17, 2008 Order have confirmed that they distributed their cy pres funds in accordance with the Supplemental Cy Pres Distribution Plans approved by this Court.

The plaintiffs shall file a final status report by October 31, 2008, confirming that the remaining four states have properly distributed their cy pres funds, failing which I shall need to convene a conference of counsel to discuss how to proceed, such as whether to issue a show cause order for contempt.

SO ORDERED.

DATED THIS 27TH DAY OF AUGUST, 2008

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
UNITED STATES DISTRICT JUDGE